UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 18413
    AGUSTIN ARIAS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-6338
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/08/07 and confirmed on 01/11/08.

2. The case was converted to Chapter 7 after confirmation, 09/22/2008.

3. The Debtor paid a total of $ 1825.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8322.02 | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 71.40 | .00 | .00 |
| COMED | UNSECURED | 379.90 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 573.28 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 9346.60 | .00 | 9346.60 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, GARY N FOLEY PC               , was allowed $ 3500.00 and was paid $ 1126.00 direct and $ 1719.15 through the plan.

The Trustee received $ 105.85 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/08                /S/
                         GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 18413 AGUSTIN ARIAS